IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ALFREDO FUENTES, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-443-RP |
| LAKESIDE APARTMENTS ROUND ROCK TX LLC and PROCOLLECT, INC, | § § § § § | |
| Defendants. | § § | |

## ORDER

On August 6, 2024, the parties dismissed all claims in this case with prejudice by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 21). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on August 6, 2024.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE